# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 05-po-07096 |
| | Matthew Golla |
| PAUL L. MARSOOBIAN | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 13; CRS § 42-2-138(1)(a) | DRIVING UNDER RESTRAINT | 6/29/05 | 1 |

Defendant to complete a level one alcohol class.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|        | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $10.00 | $100.00 |

10/14/05
Date of Imposition of Judgment

*(signature)*
Signature of Judicial Officer

O. Edward Schlatter, U.S. Magistrate Judge
Name & Title of Judicial Officer

1-19-06
Date